IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINDON M. YELDER, | |
| Plaintiff, | 8:21CV320 |
| vs. | |
| LLOYD J. AUSTINIII, Secretary of Defense; | ORDER |
| Defendant. | |

This matter is before the Court on Plaintiff's motion for appointment of counsel. ([Filing No. 3](#).) The motion will be denied.

"Indigent civil litigants do not have a constitutional or statutory right to appointed counsel." [*Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996)](#). Trial courts have "broad discretion to decide whether both the [indigent litigant] and the court will benefit from the appointment of counsel, taking into account the factual and legal complexity of the case, the presence or absence of conflicting testimony, and the [indigent litigant's] ability to investigate the facts and present his claim." *[Id](#)*. Having considered these factors, the Court finds that appointment of counsel is not warranted at this time.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for appointment of counsel ([Filing No. 3](#)) is denied.

Dated this 29th day of September, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge