# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINDON M. YELDER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LLOYD J. AUSTIN III, Secretary of Defense;<br><br>　　　　　Defendant. | **8:21CV320**<br><br>**FINDINGS & RECOMMENDATION** |

　　　　The above-captioned suit was filed on August 24, 2021. (Filing No. 1.) As of December 7, 2021, Plaintiff had not filed any return of service indicating service on Defendant, nor had Defendant entered a voluntary appearance. Therefore, on December 7, 2021, the Court issued an order directing Plaintiff to show cause by December 21, 2021 why this action should not be dismissed for lack of prosecution. (Filing No. 11.) The order advised Plaintiff that failure to comply with the order could result in the dismissal of the case without further notice. To date, Plaintiff has not responded to the show cause order and there has been no indication that Defendant has been served.

　　　　Accordingly,

　　　　**IT IS HEREBY RECOMMENDED** to United States District Court Senior Judge Joseph F. Bataillon that this action be dismissed for want of prosecution.

　　　　Dated this 23rd day of December, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

2

## ADMONITION

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.