IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINDON M. YELDER, | |
| Plaintiff, | 8:21CV320 |
| vs. | |
| LLOYD J. AUSTIN III, Secretary of Defense, | ORDER |
| Defendant. | |

This matter is before the Court on defendant's motion for summary judgment, Filing No. 16. The plaintiff in this case is pro se. Plaintiff has failed to respond to this motion as required by the Fed. R. Civ. P. 56, and in particular subsections (c) and (e). Failure to do so could result in the dismissal of this case. Accordingly, the Court will give the plaintiff 21 days from the date of this Order to file a brief, supported by evidence, addressing the claims set forth by the defendant in Filing Nos. 16, 17, and 18.

IT IS SO ORDERED.

Dated this 19th day of May 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge