IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QUINDON M. YELDER, | |
| Plaintiff, | 8:21CV320 |
| vs. | |
| LLOYD J. AUSTIN III, Secretary of Defense; | ORDER |
| Defendant. | |

Upon the parties' request, a telephone conference will be held before the undersigned on October 19, 2022, at 3:30 p.m. to discuss case progression. Telephone conference instructions are included with this Order and found at Filing No. 34.

Plaintiff Quindon Yelder shall personally participate in the telephone conference. Plaintiff has advised the Court that Timothy Yelder is Plaintiff's "representative." However, it does not appear that Timothy Yelder is an attorney, and although a non-lawyer may represent himself, he may not act as the legal representative for someone else. *Jacobson v. Cornu-Labat*, No. 8:06CV294, 2007 WL 1340686, at *1 (D. Neb. Apr. 9, 2007). Therefore, Plaintiff must appear on his own behalf at the telephone conference. Plaintiff is advised that failure to personally participate in the telephone conference could result in the imposition of sanctions, which could include dismissal of this suit.

The Clerk of Court shall mail a copy of this Order, along with the telephone conference instructions found at Filing No. 34, to Plaintiff's address of record.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2022.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge